IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAYBORN SMITH, SHABAZZ MUHAMMAD, WILLIAM DOYLE, and VINCENT GALLOWAY, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CIVIL NO. 01-198-GPM<br>) |
| THOMAS F. PAGE, ODIE WASHINGTON, ROGER D. COWAN, DONALD SNYDER, JR., MAVIS WITTENBORN, LEORA HARRY, UNKNOWN PARTY, NANCY TUCKER, TERRY ANDERSON, RUSSELL R. PANDKEY, ROBERT L. RADMACHER, and DOUGLAS A. CRAVENS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court for bench trial on Plaintiff Shabazz Muhammad's injunctive relief claims.

**IT IS ORDERED AND ADJUDGED** that pursuant to Memoranda and Orders dated February 24, 2006; March 31, 2005; and October 15, 2002, judgment is entered in favor of Defendants, **THOMAS F. PAGE, ODIE WASHINGTON, ROGER D. COWAN, DONALD SNYDER, JR., MAVIS WITTENBORN, LEORA HARRY, UNKNOWN PARTY, NANCY TUCKER, TERRY ANDERSON, RUSSELL R. PANDKEY, ROBERT L. RADMACHER, and DOUGLAS A. CRAVENS**, and against Plaintiff, **SHABAZZ MUHAMMAD**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Memorandum

and Order dated October 15, 2002, judgment is entered in favor of Defendants, **THOMAS F. PAGE, ODIE WASHINGTON, ROGER D. COWAN, DONALD SNYDER, JR., MAVIS WITTENBORN, LEORA HARRY, UNKNOWN PARTY, NANCY TUCKER, TERRY ANDERSON, RUSSELL R. PANDKEY, ROBERT L. RADMACHER, and DOUGLAS A. CRAVENS**, and against Plaintiffs, **WILLIAM DOYLE and VINCENT GALLOWAY**.

**IT IS ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated July 5, 2001, and the filing fee never having been paid in full as required, Plaintiff Clayborn Smith's claims asserted in the original complaint are dismissed **with prejudice**.  Judgment is entered in favor of Defendants, **THOMAS F. PAGE, ODIE WASHINGTON, ROGER D. COWAN, DONALD SNYDER, JR., MAVIS WITTENBORN, LEORA HARRY, and JOHN DOE**, and against Plaintiff, **CLAYBORN SMITH**.

**DATED**:  2/27/06

NORBERT G. JAWORSKI, CLERK

By: Linda M. Cook
     Deputy Clerk

APPROVED: G. Patrick Murphy
                 G. PATRICK MURPHY
                 CHIEF U.S. DISTRICT JUDGE